UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:20-cr- 00415-JO |
| v. | **INFORMATION** |
| **CHUNG TUNG LIM,** | 21 U.S.C. §§ 856 and 853 |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**(Maintaining Drug-Involved Premises)**
**(21 U.S.C. §§ 856(a)(1) and (b))**

In or about June 2018, in the District of Oregon, and elsewhere, **CHUNG TUNG LIM**, defendant herein, did unlawfully and knowingly rent and maintain a residence located in the City of Portland for the purpose of manufacturing and distributing marijuana, a Schedule I controlled substance;

In violation of Title 21, United States Code, Sections 856(a)(1) and (b).

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

## FORFEITURE ALLEGATION

Upon conviction of the offense in Count 1, defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations.

Dated: September 8, 2020

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*s/ William M. Narus*
WILLIAM M. NARUS CAB #243633
Assistant United States Attorney